# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOFTY CONFECTIONER,<br><br>    Petitioner,<br><br>    v.<br><br>DON MEYER,<br><br>    Respondent.<br>_____/ | 1:09-cv-01976-BAM (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT A BRIEF ADDRESSING PETITIONER'S CLAIM THE CHIEF PROBATION OFFICER IS NOT THE PROPER RESPONDENT IN THIS ACTION<br><br>[Doc. 41] |

     On December 22, 2011, the undersigned denied the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 and judgment was entered in favor of Respondent.

     In the answer to the petition, Respondent submitted that the proper Respondent in this action was Don Meyer, the Chief Probation Officer of Sacramento County, where Petitioner resides. The Court granted Respondent's request to substitute Mr. Meyer in place of Matthew Cate, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

     Petitioner argues that he has never been on probation, but rather was on parole, and substituting Mr. Meyer as Respondent in this action was improper.

     In the interest of justice, the Court hereby directs Respondent to submit a brief addressing who the proper Respondent is in this action along with supporting document within twenty days

///

///

///

1 from the date of service of this action.  Petitioner is granted ten (10) days from the date
2 Respondent files the brief to file a reply.
3       IT IS SO ORDERED.
4  **Dated:**     **February 13, 2012**                    **/s/ Barbara A. McAuliffe**
                                                       UNITED STATES MAGISTRATE JUDGE